GARY E. SCHNITZER, ESQ.
Nevada Bar No. 395
KRAVITZ SCHNITZER JOHNSON
WATSON & ZEPPENFELD, CHTD.
8985 South Eastern Avenue, Suite 200
Las Vegas, Nevada 89123
(702) 222-4142 Direct
(702) 362-2203 Facsimile
Email: gschnitzer@ksjattorneys.com
*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA, <br><br> Plaintiff, <br><br> vs. <br><br> EARLY WARNING SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS INC., <br><br> Defendants. | Case No.: 2:21-cv-00641-RFB-BNW <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD** <br><br> **(FIRST REQUEST)** |

Pursuant to Local Rule IA 6-1 of the United States District Court for the District of Nevada, Defendant LexisNexis Risk Solutions Inc. ("Defendant") and Plaintiff Sailija Staria ("Plaintiff"), by and through their respective counsel, hereby stipulate as follows:

1.      Plaintiff filed her Complaint on April 20, 2021;

2.      Defendant was served with the Complaint on April 23, 2021;

3.      Defendant's deadline to answer or respond to Plaintiff's Complaint is May 14, 2021;

4.      Defendant has requested, and Plaintiff has consented to, an additional eighteen (18) days for Defendant to file an Answer or otherwise respond to the Complaint;

5.      An additional eighteen (18) days for Defendant to answer or respond to Plaintiff's

KRAVITZ SCHNITZER JOHNSON,
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Complaint will not alter the date of any event or deadline already fixed by the Court or prejudice any party;

6.      Good cause exists to grant the stipulation as the additional eighteen (18) days are needed to allow Defendant to complete its investigation of Plaintiff's allegations, including a review of all relevant documents;

7.      Pursuant to Civil Local Rules 6.2 and 7.1, Plaintiff and Defendant agree that Defendant shall have up to and including June 1, 2021 to file a responsive pleading to Plaintiff's Complaint.

8.      WHEREAS, this is the first request by the Parties seeking such extension;

THEREFORE, in consideration of the foregoing, and for good cause, IT IS HEREBY STIPULATED AND AGREED by and between the Parties as follows:

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

KRAVITZ SCHNITZER JOHNSON,
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666

Defendant LEXISNEXIS RISK SOLUTIONS shall have up to and including June 1, 2021 to file an Answer or Otherwise Plead to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED this 28th day of April, 2021.

| | |
|---|---|
| /s/ Shawn Miller<br>David H. Krieger, Esq., SBN 9086<br>Shawn Miller, Esq. SBN 7825<br>KRIEGER LAW GROUP, LLC<br>2850 W. Horizon Ridge Parkway, Suite 200<br>Las Vegas, NV 89052<br>Telephone: (702) 848-3855<br>Email: dkrieger@kriegerlawgroup.com<br>        smiller@kriegerlawgroup.com<br>*Attorneys for Plaintiff*<br>*Sailija Staria* | /s/ Gary E. Schnitzer<br>Gary E. Schnitzer, Esq., SBN 395<br>KRAVITZ, SCHNITZER JOHNSON<br>WATSON & ZEPPENFELD, CHTD.<br>8985 South Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>Telephone: (702) 222-4142<br>Facsimile: (702) 362-2203<br>Email: gschnitzer@ksjattorneys.com<br>*Attorneys for Defendant*<br>*LexisNexis Risk Solutions Inc.* |

**IT IS ORDERED.**

DATED this ____ 30th day of April, 2021.

_____
United States Magistrate Judge

KRAVITZ SCHNITZER JOHNSON,
WATSON & ZEPPENFELD, CHTD.
8985 S. Eastern Ave., Ste. 200
Las Vegas, Nevada 89123
(702) 362-6666