Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
ttegarden@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>  Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC;<br>LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>  Defendants. | Case No. 2:21-cv-00641-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EARLY WARNING SERVICES, LLC TO FILE RESPONSIVE PLEADING**<br><br>**[First Request]** |

Defendant Early Warning Services, LLC ("EWS") and Plaintiff Sailija Staria ("Plaintiff") (collectively, the "Parties"), by and through their attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including July 9, 2021. In support of the Stipulation, the parties state the following:

1. EWS executed a waiver of service and its responsive pleading is currently due June 25, 2021.

2. The Parties are engaged in the informal exchange of information regarding the claims against EWS and, therefore, EWS requests a short extension of time to allow the Parties sufficient time to review this information.

3. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

4. This is the first request to extend the deadline for EWS to file its responsive pleading.

5. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

6. Therefore, the Parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 9, 2021.

Respectfully submitted this 25th day of June, 2021.

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Shawn Miller* <br> Shawn Miller, Esq. (NSBN 7825) <br> 2850 W. Horizon Ridge Pkwy., Ste. 200 <br> Henderson, Nevada 89052 <br> smiller@kriegerlawgroup.com <br><br> *Attorneys for Plaintiff* | By: */s/ Rory T. Kay* <br> Rory T. Kay, Esq. (NSBN 12416) <br> Tara U. Teegarden, Esq. (NSBN 15344) <br> 2300 West Sahara Avenue, Suite 1200 <br> Las Vegas, Nevada 89102 <br> rkay@mcdonaldcarano.com <br> ttegarden@mcdonaldcarano.com <br><br> *Attorneys for Defendant Early Warning Services, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 28, 2021