Rory T. Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq. (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant*
*Early Warning Services, LLC*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>    Plaintiff,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC;<br>LEXISNEXIS RISK SOLUTIONS, INC.;<br>    Defendants. | Case No. 2:21-cv-00641-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR EARLY WARNING SERVICES, LLC TO FILE RESPONSIVE PLEADING**<br><br>**[Second Request]** |

    Defendant Early Warning Services, LLC ("EWS") and Plaintiff Sailija Staria ("Plaintiff") (collectively, the "Parties"), by and through their attorneys, and pursuant to LR IA 6-1, submit the following Stipulation to Extend Time to File Responsive Pleading up to and including July 23, 2021. In support of the Stipulation, the parties state the following:

    1.    EWS executed a waiver of service and its responsive pleading was originally due June 25, 2021.

    2.    In order to allow the Parties to engage in the informal exchange of information regarding the claims against EWS, the Parties stipulated to an extension of time through July 9, 2021 for EWS to file its responsive pleading. (ECF No. 11.)

    3.    The Parties are continuing to engage in the exchange of information and, therefore, EWS requests a second short extension of time to allow the Parties sufficient time to review and discuss this information.

117561140v1

4. Counsel for Plaintiff has agreed to the requested extension and the requested extension will not impact any other deadlines in this case.

5. This is the second request to extend the deadline for EWS to file its responsive pleading.

6. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

7. Therefore, the Parties hereby stipulate that the deadline for EWS to file its responsive pleading shall be extended through July 23, 2021.

Respectfully submitted this 9th day of July, 2021.

| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Shawn Miller*<br>Shawn Miller, Esq. (NSBN 7825)<br>2850 W. Horizon Ridge Pkwy., Ste. 200<br>Henderson, Nevada 89052<br>smiller@kriegerlawgroup.com<br><br>*Attorneys for Plaintiff Sailija Staria* | By: */s/ Rory T. Kay*<br>Rory T. Kay, Esq. (NSBN 12416)<br>Tara U. Teegarden, Esq. (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com<br><br>*Attorneys for Defendant Early Warning Services, LLC* |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2021

117561140v1