David H. Krieger, Esq.
Nevada Bar No. 9086
Shawn W. Miller, Esq.
Nevada Bar No. 7825
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Pkwy, Suite 200
Henderson, Nevada 89052
Phone: (702) 848-3855
dkrieger@kriegerlawgroup.com
smiller@kriegerlawgroup.com
Attorneys for Plaintiff,
*Sailija Staria*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SAILIJA STARIA,<br><br>Plaintiff,<br><br>vs.<br><br>EARLY WARNING SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS, INC.,<br><br>Defendants. | Case No. 2:21-cv-00641-RFB-BNW<br><br>**STIPULATION AND ORDER DISMISSING DEFENDANT EARLY WARNING SERVICES, LLC, WITH PREJUDICE** |

   IT IS HEREBY STIPULATED by and between Sailija Staria ("Plaintiff") and Defendant Early Warning Services, LLC ("Early Warning"), by and through their counsel of record, that the above-entitled action against Early Warning shall be dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) or 41(a)(2), and Plaintiff and Early

Warning requests that the Court dismiss Defendant Early Warning from this action, with prejudice.

IT IS HEREBY FURTHER STIPULATED that Plaintiff and Early Warning agree that each shall bear their own attorney's fees, costs, and expenses.

STIPULATED and DATED on July 23, 2021.

| | |
|---|---|
| */s/ Shawn W. Miller* | */s/ Rory T. Kay* |
| David H. Krieger, Esq. | Rory T. Kay, Esq. |
| Shawn W. Miller, Esq. | Tara U. Teegarden, Esq. |
| KRIEGER LAW GROUP, LLC | McDONALD CARANO LLP |
| 2850 W. Horizon Ridge Parkway | 2300 West Sahara Avenue, Suite 1200 |
| Suite 200 | Las Vegas, Nevada 89102 |
| Henderson, Nevada 89052 | Attorneys for Defendant, |
| Attorneys for Plaintiff, | *Early Warning Services, LLC* |
| *Sailija Staria* | |

**ORDER**

IT IS SO ORDERED.



RICHARD E. BOULWARE, II
United States District Court

DATED this 23rd day of July, 2021.